PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099



FILED

MAR 17 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCHES OF: | CASE NO. 1:17 SW 00071 SKO |
|---|---|
| The Cellular Telephone Assigned Call Numbers (702) 218-3658 and (702) 232-0554, Carrier: Cellco Partnership, DBA Verizon Wireless, NV | (PROPOSED) ORDER SEALING SEARCH WARRANTS AND APPLICATION AND AFFIDAVIT |

The United States of America having applied to this Court for an Order sealing the search warrants and application and affidavit in the above-entitled proceedings, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrants and application and affidavit in the above-entitled proceeding, shall be sealed and shall not be disclosed pending further order of this court.

DATED: March 17, 2017

_____
SHEILA K. OBERTO
U.S. Magistrate Judge

(PROPOSED) ORDER SEALING SEARCH WARRANTS
AND APPLICATION AND AFFIDAVIT                    1